IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LARRY N. DORSEY et al. *
*
*
v. * Civil Action No. WMN-15-3506
*
JAMES E. CLARKE et al. *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

In accordance with the foregoing Memorandum and for the reasons stated therein, IT IS this 10th day of August, 2016, by the United States District Court for the District of Maryland, ORDERED:

(1) That the motions to dismiss filed by Defendants James E. Clarke, Renee Dyson, Erin M. Cohen, Hugh J. Green, Patrick M. A. Decker, and Brian Thomas and by Defendants Select Portfolio Servicing, Inc. and U.S. Bank, National Association, as Trustee, Successor in Interest to Bank of America, National Association, as Trustee, Successor by Merger to LaSalle Bank National Association as Trustee for Bear Stearns Asset Backed Securities I Trust 2005-AQ2 Asset-Backed Certificates, Series 2005-AQ, ECF Nos. 16 and 18, are GRANTED;

(2) That this case is hereby CLOSED; and

(3) That the Clerk of the Court shall transmit a copy of this Memorandum and Order to Plaintiffs and all counsel of record.

_______________/s/________________
William M. Nickerson
Senior United States District Judge